# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

PHILLIP JELKS

NO. 2022 KW 1127

**JANUARY 17, 2023**

---

In Re:  Phillip Jelks, applying for supervisory writs, 17th Judicial District Court, Parish of Lafourche, No. C-545208.

---

**BEFORE:  THERIOT, CHUTZ, AND HESTER, JJ.**

**WRIT APPLICATION GRANTED** for the purpose of transferring to the district court for a ruling on relator's application for postconviction relief.

**MRT**
**WRC**
**CHH**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT